```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00223-JJT
Jose A. Moreno                                                  Chapter 7
Maria M. Moreno
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: REshelman         Page 1 of 1              Date Rcvd: Sep 13, 2016
                            Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
db/jdb        #Jose A. Moreno,   Maria M. Moreno,   1091 Seven Nations Drive,   Tobyhanna, PA 18466-7903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael G Oleyar (Trustee)    mgoleyar@yahoo.com,  pa22@ecfcbis.com;moleyar@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Jose A. Moreno
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
              Vincent Rubino    on behalf of Joint Debtor Maria M. Moreno
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                             TOTAL: 5

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jose A. Moreno<br>aka Jose Andres Moreno, aka Jose Moreno, aka Jose Andres Moreno Pacheco, aka Jose A. Moreno Sr.<br>1091 Seven Nations Drive<br>Tobyhanna, PA 18466−7903 | Chapter 7<br>Case No. 5:16−bk−00223−JJT |

Maria M. Moreno
aka Maria Moreno, aka Maria Margarita Moreno
1091 Seven Nations Drive
Tobyhanna, PA 18466−7903

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9419
xxx−xx−5301

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Michael G Oleyar (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 13, 2016

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk